**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. | No. C 11-5388 SI (pr) |
| BRIAN SMITH, | **JUDGMENT** |
|      Petitioner. | |

This action is dismissed for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 20, 2012

_____
SUSAN ILLSTON
United States District Judge